IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Government | § § | |
| VS. | § § § | CRIMINAL ACTION NO. H-15-453 |
| ARNULFO LOPEZ-MACIAS, | § § § | |
| Defendant. | § | |

## NOTICE OF TRANSFER

1. This case has been TRANSFERRED to Judge Melinda Harmon for the following reason:

   [ X ] Agreement between the judges.
   [   ] Bankruptcy-related case reassigned to the judge with the lowest-numbered case.
   [   ] Recusal.
   [   ] Transfer for revocation hearing with related case:
   [ X ] Other: Related case : H-15-cr-203

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

**David Bradley,  Clerk**

By: *Lisa Eddins*
    Lisa Eddins
    Case Manager to Judge Lee Rosenthal

Date:   September 21, 2015